**AARSAND MANAGEMENT, LLC**

v.

**L & L, UC TAX SERVICES**

**1726 CD 2016**

Commonwealth Court of Pennsylvania.

08/31/2017

Department of Labor & Industry, 16–A–0221–4

Affirmed

**MOUMEN, A.**

v.

**WCAB (SUP. MID ATLANTIC TRUCK)**

**1817 CD 2016**

Commonwealth Court of Pennsylvania.

08/31/2017

Workers' Compensation Appeal Board, A15–1377

Affirmed

**PA. FISH AND BOAT COMM.**

v.

**UCBR**

**1962 CD 2016**

Commonwealth Court of Pennsylvania.

08/31/2017

Unemployment Compensation Board of Review, B–593590

Affirmed

**B.B.T.**

v.

**DHS (Sealed)**

**2121 CD 2016**

Commonwealth Court of Pennsylvania.

08/31/2017

Department of Human Services, Bureau of Hearings and Appeals, 021–15–0825

Quashed